IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:17CR3137 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| WINONA RITCHIE, | ) | |
| Defendant. | ) | |

The undersigned is in receipt of a letter from the defendant (filing no. 80).

IT IS ORDERED that:

(1) Treating the defendant's letter as a motion, it is denied. The undersigned is unable to provide the defendant with legal advice.

(2) The Clerk of Court shall send a copy of this order to the defendant at the defendant's last known address.

Dated July 30, 2019.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge