IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:17CR3137 |
| vs. | ORDER |
| WINONA RITCHIE, | |
| Defendant. | |

After due consideration,

IT ORDERED that the defendant's letter to the court appearing as Filing No. 82, dated March 22, 2020, filed on March 30, 2020, and treated as a motion is denied. The Clerk shall provide copies of this order to Matthew R. Molsen, the prosecutor; Jessica L. Milburn, the Assistant Federal Public Defender; and the defendant.

Dated this 30th day of March, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge